IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL STAHL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-3077

HIALEAH HOSPITAL and
SEDGWICK CLAIMS
MANAGEMENT SERVICES,

Appellees.

_____/

Opinion filed February 3, 2015.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: December 8, 2003.

Mark L. Zientz of the Law Office of Mark L. Zientz, P.A., Miami, for Appellant.

Russell H. Young of Eraclides, Gelman, Hall, Indek, Goodman & Waters, LLC., Sarasota, for Appellees.

PER CURIAM.

AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.